1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 5  UNITED STATES OF AMERICA | **ORDER** |
| 6           v. | |
| 7  GARY ANDERSON, | No. CR 11-00795 CRB |
| 8                    Defendant. | |
| 9 | |
| 10  UNITED STATES OF AMERICA | |
| 11           v. | No. CR 11-00796 CRB |
| 12  PATRICK CAMPION, | |
| 13                   Defendant. | |
| 14 | |
| 15  UNITED STATES OF AMERICA | |
| 16           v. | No. CR 11-00797 CRB |
| 17  JAMES DOHERTY, | |
| 18                   Defendant. | |
| 19 | |
| 20  UNITED STATES OF AMERICA | |
| 21           v. | No. CR 11-00798 CRB |
| 22  KEITH GOODMAN, | |
| 23                   Defendant. | |
| 24 | |
| 25  UNITED STATES OF AMERICA | |
| 26           v. | No. CR 11-00799 CRB |
| 27  CRAIG LIPTON, | |
| 28                   Defendant. | |

ORDER TO
CONTINUE STATUS                            1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY KENT,<br>             Defendant. | No. CR 11-00800 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAITH SALMA,<br>             Defendant. | No. CR 11-00801 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRI PESSAH,<br>             Defendant. | No. CR 11-00802 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br>             Defendant. | No. CR 12-00300 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYDIA FONG,<br>             Defendant. | No. CR 12-00301 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN MONTALVO,<br>             Defendant. | No. CR 12-00785 CRB |

ORDER TO
CONTINUE STATUS                            2

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | | |
| 3 | v. | No. CR 13-00069 CRB |
| 4 | GILBERT CHUNG, | |
| 5 |                Defendant. | |

UNITED STATES OF AMERICA

        v.

MOHAMMED REZAIAN,
               Defendant.

No. CR 13-00246 CRB

UNITED STATES OF AMERICA

        v.

ROBERT WILLIAMS,
               Defendant.

No. CR 13-00388 CRB

UNITED STATES OF AMERICA

        v.

DANIEL ROSENBLEDT,
               Defendant.

No. CR 13-00587 CRB

UNITED STATES OF AMERICA

        v.

KUO HSUAN "CHUCK" CHANG,
               Defendant.

No. CR 13-00670 CRB

UNITED STATES OF AMERICA

        v.

MICHAEL NAVONE,
               Defendant.

No. CR 13-00804 CRB

ORDER TO
CONTINUE STATUS                   3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLORENCE FUNG,<br>              Defendant. | No. CR 13-00805 CRB |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16, 2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00 p.m.

DATED:  November 8, 2016

                                            THE HONORABLE CHARLES R. BREYER
                                            United States Senior District Judge

ORDER TO
CONTINUE STATUS                       4